**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

David Cunningham

 Plaintiff,

v.                                                    Case No.: 1:22−cv−06422
                                                      Honorable Steven C. Seeger

Community Loan Servicing, LLC

 Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 18, 2022:

        MINUTE entry before the Honorable Steven C. Seeger: The joint motion for
transfer of venue (Dckt. No. [6]) is hereby granted. Under 28 U.S.C. § 1404(a), the case is
hereby transferred to the United States District Court for the Southern District of Florida.
The parties can file a motion to consolidate this action with the action captioned In re
Lakeview Loan Servicing Data Breach Litig. (22−cv−20955) after its arrival in that
district. The Clerk's Office is directed to transfer this case to the U.S. District Court for the
Southern District of Florida forthwith. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.